IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:19-cv-3032-CMA-NYW

KATHRYN ANGUS, individually, and on behalf of all others similarly situated

    Plaintiff,

v.

L & M HS LLC;
L & M OPERATIONS LLC
LELAND & MICHAEL HEALTH SERVICES LLC
FRANCIS LEGASSE, individually, and in his official corporate capacity; and
BRIAN TURNER, individually, and in his official corporate capacity,

    Defendants.

---

**STIPULATED MOTION TO DISMISS L & M HS, LLC
WITHOUT PREJUDICE**

---

The parties, through their respective counsel, stipulate to the dismissal of Defendant L & M, HS, LLC without prejudice.

1. This lawsuit arises under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 210, *et seq.*, for an alleged failure to pay Plaintiff and other similarly-situated employees overtime wages for all hours worked.

2. The Plaintiff has determined to voluntarily dismiss all claims against L & M HS, LLC without prejudice at this time.

3. The Defendants stipulate to this dismissal.

4. The parties shall each be responsible for their respective fees and costs related to the claims dismissed.

DATED this 16th Day of March, 2020.

*s/ Clifford P. Bendau, II*
Clifford P. Bendau, II
BEUDAU & BENDAU PLLC
P.O. Box 97066
Phoenix, Arizona 85060
Telephone: (480) 382-5176
Fax: (480) 304-3805
cliffordbendau@bendaulaw.com

*Attorneys for Plaintiff*


*s/ David B. Gelman*
David B. Gelman
Kendra K. Smith
Hall & Evans, LLC
1001 17th Street, Suite 300
Denver, CO 80202
Phone: (303) 628-3391
gelmand@hallevans.com
smithk@hallevans.com

*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

I certify that on March 16, 2020, a true and correct copy of the document entitled

**STIPULATED MOTION TO DISMISS L & M HS, LLC WITHOUT PREJUDICE** was

served electronically via the U.S. District Court of Colorado's CM/ECF system as

follows:

David B. Gelman
Kendra K. Smith
Hall & Evans, LLC
1001 17th Street, Suite 300
Denver, CO 80202
Phone: (303) 628-3391
gelmand@hallevans.com
smithk@hallevans.com
*Attorneys for Defendants*

                                            *s/ Clifford P. Bendau, II*