IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:19-cv-3032-CMA-NYW

KATHRYN ANGUS, individually, and on behalf of all others similarly situated

    Plaintiff,

v.

L & M HS LLC;
L & M OPERATIONS LLC
LELAND & MICHAEL HEALTH SERVICES LLC
FRANCIS LEGASSE, individually, and in his official corporate capacity; and
BRIAN TURNER, individually, and in his official corporate capacity,

    Defendants.

## NOTICE OF SETTLEMENT

The parties, through their undersigned counsel, hereby jointly submit this Notice of Settlement to notify the Court that the parties have reached an agreement to settle this matter.

The parties will submit a motion for FLSA settlement approval within 14 days.

The parties further advise the Court that the Joint Stipulated Motion to Conditionally Certify Collective Action (Doc. 37) is withdrawn and request that the Court vacate that motion.

DATED this 20th Day of March, 2020.

s/ *Clifford P. Bendau, II*
Clifford P. Bendau, II
BEUDAU & BENDAU PLLC
P.O. Box 97066
Phoenix, Arizona 85060
Telephone: (480) 382-5176
Fax: (480) 304-3805
cliffordbendau@bendaulaw.com

*Attorneys for Plaintiff*


*s/ David B. Gelman*
David B. Gelman
Kendra K. Smith
Hall & Evans, LLC
1001 17th Street, Suite 300
Denver, CO 80202
Phone: (303) 628-3391
gelmand@hallevans.com
smithk@hallevans.com

*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

I certify that on March 20, 2020, a true and correct copy of the document entitled **NOTICE OF SETTLEMENT** was served electronically via the U.S. District Court of Colorado's CM/ECF system as follows:

David B. Gelman
Kendra K. Smith
Hall & Evans, LLC
1001 17th Street, Suite 300
Denver, CO 80202
Phone: (303) 628-3391
gelmand@hallevans.com
smithk@hallevans.com
*Attorneys for Defendants*

                                              s/ *Clifford P. Bendau, II*